■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST BELLINGER, Appellant.—Judgment, Supreme Court, New York County (William Davis, J.), rendered on July 25, 1986, unanimously affirmed. The motion by appellant to file a *pro se* supplemental brief is granted. No opinion. Concur— Murphy, P. J., Sullivan, Asch and Kassal, JJ.